IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

VEALES DAVIDSON                                                                      PLAINTIFF

V.                                   No. 3:07CV00044 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration[1]                                                            DEFENDANT

## ORDER

On Motion of Plaintiff, his time for filing Plaintiff's Appeal Brief, or otherwise move, is hereby extended to and including September 4, 2007.

DATED this 31st day of July, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. He is therefore substituted for Jo Anne B. Barnhart pursuant to Fed.R.Civ.P 25(d)(1).