IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

VEALES DAVIDSON, JR.                                                                   PLAINTIFF

v.                                          NO.  3:07cv00044 JWC

MICHAEL J. ASTRUE,                                                                     DEFENDANT
Commissioner, Social
Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order filed this date, judgment is entered affirming the final decision of the Commissioner and dismissing this case with prejudice; the relief sought is denied.

IT IS SO ORDERED this 26th day of September, 2008.

_____
UNITED STATES MAGISTRATE JUDGE